IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION ONE

| | | |
|---|---|---|
| THE STATE OF WASHINGTON, | ) | No. 78978-3-I |
| | ) | |
| Respondent, | ) | |
| | ) | |
| v. | ) | ORDER WITHDRAWING AND |
| | ) | SUBSTITUTING OPINION |
| MALEK KALID PTAH, | ) | |
| | ) | |
| Appellant. | ) | |

The panel has determined that the opinion filed on June 1, 2020 should be withdrawn and a substitute opinion filed to correct a typo on page 12. Now, therefore, it is hereby

ORDERED that the opinion filed on June 1, 2020 shall be withdrawn and a substitute unpublished opinion shall be filed.

_____
Brennan, J.

_____          _____
Verellen, J.                             Dwyer, J.